UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SABIN IAN PATTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:14-CV-54-SNLJ |
| | ) |
| GEORGE A. LOMBARDI, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon the filing of plaintiff's 42 U.S.C. § 1983 complaint [Doc. #1]. The Court, however, cannot review the merits of the instant action at this time, because plaintiff has not submitted a certified copy of his prison trust fund account statement. *See* 28 U.S.C. § 1915(a)(2).

Moreover, the Court notes that plaintiff has failed to sign his motion to proceed in forma pauperis [Doc. #2]. Rule 11(a) of the Federal Rules of Civil Procedure requires that each pleading, written motion, and other paper be signed by an attorney of record or, if the party is not represented by an attorney, by the party. Rule 11(a) further provides that "an unsigned paper shall be stricken unless the omission of the signature is corrected promptly after being called to the attention of the attorney or party." Fed.R.Civ.P.11(a). Thus, plaintiff's motion to proceed in forma pauperis must be stricken unless he signs it in a prompt manner.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff shall submit to the Court, the following: (1) a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the submission of his complaint on or about April 22, 2014; and (2) a signed motion to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that the Clerk shall return to plaintiff his motion to proceed in forma pauperis, as well as a copy of this Order, for the purpose of obtaining his original signature. The Clerk is instructed to retain a copy of the motion to proceed in forma pauperis until such time as the original document is returned properly signed.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this case will be dismissed without prejudice and without further notice.

Dated this  1st  day of May, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE